**William T. DUNN d/b/a Tom's Amusement Company and Tom's Amusement Company, Inc., Plaintiffs–Appellees,**

**v.**

**BLUE RIDGE TELEPHONE COMPANY, Jones Vending Company, Inc.; Defendants–Appellants.**

**Nos. 87–8837, 88–8158.**

United States Court of Appeals, Eleventh Circuit.

Sept. 28, 1989.

Trammell E. Vickery, James A. Gilbert, and H. Quigg Fletcher, III, Hansell & Post, Atlanta, Ga., for defendants-appellants.

R. Leslie Waycaster, Jr., Waycaster, Corn & Murray, Dalton, Ga., for plaintiffs-appellees.

---

**v.**

**BLUE RIDGE TELEPHONE COMPANY and Jones Vending Company, Inc., Defendants–Appellants.**

**Nos. 87–8837, 88–8158.**

United States Court of Appeals, Eleventh Circuit.

Oct. 19, 1989.

Trammell E. Vickery, James A. Gilbert, H. Quigg Fletcher, III, Hansell & Post, Atlanta, Ga., for defendants-appellants.

R. Leslie Waycaster, Jr., Waycaster, Corn & Murray, Dalton, Ga., for plaintiffs-appellees.

Before TJOFLAT, Chief Judge, and FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, and COX, Circuit Judges.

BY THE COURT:

This case has been settled. The panel opinion, published in 868 F.2d 1578, has already been vacated by our order granting rehearing en banc 888 F.2d 731 (1989). The judgment of the district court is vacated and the case is remanded to the district court with instructions that the case be dismissed. *United States v. Munsingwear, Inc.*, 340 U.S. 36, 71 S.Ct. 104, 95 L.Ed. 36 (1950).